United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY WOOD LOGUE, <br> Plaintiff. | § <br> § <br> § |
| VS. | §    CIVIL ACTION NO. 4:19-CV-03824 <br> § |
| WELLS FARGO BANK, N.A., ET AL., | § <br> § <br> § |
| Defendants. | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On January 8, 2021, separate motions for summary judgment filed by Defendants Specialized Loan Servicing, LLC ("SLS") and Wells Fargo Bank, N.A. ("Wells Fargo (Dkts. 41, 42) were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 76. On March 4, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 79) recommending that both motions (Dkts. 41, 42) be **GRANTED**.

On March 18, 2021, Plaintiff filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 79) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' motions for summary judgment (Dkts. 41, 42) are **GRANTED**; and

(3) SLS is entitled to recover the sum of $21,869.84 in attorney's fees and expenses from Plaintiff Cindy Wood Logue. In accordance with the parties' agreement in the Deed of Trust, the $21,869.84 in attorney's fees and expenses related to SLS's protection of its interest in the Property is deemed added to Logue's debt obligations under the promissory note and Deed of Trust.

A final judgment will be entered dismissing this case in its entirety. It is so **ORDERED**.

SIGNED and ENTERED this 26th day of March 2021.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE